Craig A Newby, Esq. (NSBN 8591)
Joseph P. Schrage, Esq. (NSBN 11270)
**MCDONALD CARANO WILSON, LLP**
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
cnewby@mcwlaw.com
jschrage@mcwlaw.com

Michael C. Fee, Esq. (BBO No. 552796) *(pro hac vice)*
Dennis M. Lindgren, Esq. (BBO No. 648007) *(pro hac vice)*
**PIERCE & MANDELL, P.C.**
Beacon Street, Suite 800
Boston, MA 02108
Telephone: (617) 720-2444
Facsimile: (617) 720-3693
mfee@piercemandell.com
dennis@piercemandell.com

*Attorneys for Irving A. Backman, Irving A. Backman Associates, LLC and G&B Energy, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IRVING A BACKMAN, an individual; IRVING A. BACKMAN & ASSOCIATES, LLC, a Massachusetts limited liability company; and G&B ENERGY, INC., a Massachusetts corporation. <br><br> Plaintiff, <br><br> vs. <br><br> CHRISTOPHER M. GOGGIN, an individual; and C2 ENGINEERING SERVICES, INC., a North Carolina corporation. <br><br> Defendant. | Case No: 2:16-cv-01108-JCM-PAL <br><br> **STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFFS' ANSWER TO COUNTERCLAIM** <br><br> **(First Request)** |

Pursuant to Local Rules IA 6-1, IA 6-2, and 7-1, plaintiffs Irving A. Backman, Irving A. Backman & Associates and G&B Energy, Inc (collectively, "Plaintiffs") and defendants Christopher M. Goggin and C2 Engineering Services, Inc. (collectively, "Defendants"), through their respective undersigned counsel, hereby stipulate and agree to extend the deadline for Plaintiffs to answer or

otherwise respond to Defendant's Amended Counterclaim (ECF No. 26) from July 11, 2016 to **July 18, 2016**. ECR No. 26 was filed on June 23, 2016.

This is the first request by the parties. This stipulation is necessary because of the unavailability of Plaintiffs' lead counsel and in order to allow sufficient time for Plaintiffs to gather further facts necessary to respond to the Counterclaim. The undersigned represent that this stipulation is not designed for purposes of delay.

DATED this 8 day of July, 2016.

| McDONALD CARANO WILSON LLP | LEAH MARTIN LAW |
|---|---|
| By: /s/ Joseph P. Schrage<br>Craig A Newby, Esq. (NSBN 8591)<br>Joseph P. Schrage, Esq. (NSBN 11270)<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, NV 89102<br>cnewby@mcwlaw.com<br>jschrage@mcwlaw.com<br>*Attorneys for Irving A. Backman, Irving A. Backman Associates, LLC and G&B Energy, Inc.* | By: /s/ Leah Martin<br>Leah Martin, Esq.<br>Rosalie Bordelove, Esq.<br>6671 S. Las Vegas Blvd.<br>Suite D-210<br>Las Vegas, NV  89119<br>lmartin@leahmartinlv.com<br>rbordelove@leahmartinlv.com<br>*Attorneys for Christopher M. Goggin and C2 Engineering Services, Inc.* |

GRANTED this ___ day of July, 2016

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 20, 2016

Submitted by:

McDONALD CARANO WILSON LLP

/s/ Joseph P. Schrage
Craig A Newby, Esq. (NSBN 8591)
Joseph P. Schrage, Esq. (NSBN 11270)
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
cnewby@mcwlaw.com
jschrage@mcwlaw.com
*Attorneys for Irving A. Backman, Irving A. Backman Associates, LLC and G&B Energy, Inc.*

2