UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| IRVING A. BACKMAN et al., | Case No. 2:16-CV-1108 JCM (PAL) |
| Plaintiff(s), | ORDER |
| v. | |
| CHRISTOPHER M. GOGGIN, et al., | |
| Defendant(s). | |

Presently before the court is *pro se* defendant Christopher Goggin's motion for enlargement of time. (ECF No. 109).

As an initial matter, while Goggin may appear *pro se* on his own behalf, he may not appear on behalf of defendant C2 Engineering Services, Inc. because a corporation cannot appear except through counsel. *See Rowland v. California Men's Colony*, 506 U.S. 194, 201–02 (1993); *United States v. High Broadcasting Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).

On March 16, 2017, the court granted defendant Goggin's motion to extend time to retain new counsel to April 14, 2017. (ECF No. 108). In that order, the court found that defendants have had ample opportunity to obtain new counsel and cautioned that failure to timely obtain substitute counsel may result in default judgment. (ECF No. 108).

In the instant motion, defendant Goggin moves for another extension of time, asserting that the parties have been engaged in settlement discussions as of April 3, 2017. (ECF No. 109). Defendant Goggin requests an additional 60 to 90 days so that the parties attempt to settle the dispute and so that he may find substitute counsel, if needed. (ECF No. 109).

Based on the foregoing, the court will grant defendant Goggin a fourteen (14) day extension to either (a) retain substitute counsel or (b) file a stipulation, signed by all parties, wherein the

**James C. Mahan**
**U.S. District Judge**

parties stipulate to a 60-day extension for conduct settlement negotiations and assert that a stipulation to dismiss or a joint status report will be filed within the 60 days.

Accordingly,

IT IS HEREBY ORDERED that defendant Goggin's motion for enlargement of time (ECF No. 109) be, and the same hereby is, GRANTED IN PART consistent with the following:

(1) The parties shall have until **April 26, 2017**, in which to file a stipulation, wherein the parties stipulate to a 60-day extension to engage in settlement negotiations and assert that a stipulation to dismiss or a joint status report will be filed within the 60 days; or

(2) Defendant Goggin shall have until **April 26, 2017**, in which to retain substitute counsel who shall make an appearance in accordance with the requirements of the Local Rules of Practice, or shall file a notice with the court that he will be appearing in this matter *pro se*; and defendant C2 Engineering Services, Inc. shall have until **April 26, 2017**, in which to retain substitute counsel who shall make an appearance in accordance with the requirements of the local rules.

DATED April 12, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -