UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| IRVING A. BACKMAN, et al., <br><br> Plaintiffs, <br> v. <br> CHRISTOPHER M. GOGGIN, et al. <br><br> Defendants. | Case No. 2:16-cv-01108-JCM-PAL <br><br> ORDER <br><br> (Subst Atty – ECF No. 116) |

Before the court is the Substitution of Attorney (ECF No. 116) which was docketed as a Motion to Substitute Attorney, substituting Attorney Elliot S. Blut in place of Defendant Christopher M. Goggin, who is presently appearing pro se. The court will construe the motion as a Notice of Appearance on behalf of defendant Goggin, and Mr. Blut shall be recognized as counsel of record for Mr. Goggin in all further proceedings in this matter.

**IT IS SO ORDERED.**

DATED this 5th day of May, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE