ELLIOT S. BLUT, ESQ. (SBN 6570)
BLUT LAW GROUP, PC
300 South Fourth Street, Suite 701
Las Vegas, Nevada 89101
Telephone: (702) 384-1050
Facsimile: (702) 384-8565
E-mail: eblut@blutlaw.com

Attorneys for Defendants/Counterclaimants, CHRISTOPHER M.
GOGGIN and C2 ENGINEERING SERVICES, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IRVING A. BACKMAN, an individual; IRVING A. BACKMAN & ASSOCIATES, LLC, a Massachusetts limited liability company; and G&B ENERGY, INC., a Massachusetts corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTOPHER M. GOGGIN, an individual; and C2 ENGINEERING SERVICES, INC., a North Carolina corporation,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION. | CASE NO. 2:16-cv-01108-JCM (PAL)<br><br>**MOTION TO CONTINUE HEARING**<br><br>Date of Hearing: October 23, 2018<br>Time: 9:30 a.m.<br>Place: LV Courtroom 3B |

Pursuant to Local Rules LR 7-2, Counsel for Defendants/Counterclaimants, CHRISTOPHER M. GOGGIN and C2 ENGINEERING SERVICES, INC. ("Defendants"), Elliot S. Blut, Esq. of Blut Law Group, PC, requests that the hearing set for October 23, 2018, be continued to October 29, 2018.

Counsel for Defendants has an out-of-state vacation the week of October 22, 2018.

1

Defendants' counsel has contacted Plaintiff's counsel, Craig A. Newby, Esq, of McDonald Carano, who is agreeable to the continuance to October 29, 2018.

DATED: October 11, 2018                    BLUT LAW GROUP, PC

By: ___/s/ Elliot S. Blut___
Elliot S. Blut
Nevada Bar No. 6570
300 South Fourth Street, Suite 701
Las Vegas, NV 89101
Attorneys for Defendants/Counterclaimants,
CHRISTOPHER M. GOGGIN and C2
ENGINEERING SERVICES, INC.

**IT IS ORDERED** that the hearing on the parties' Stipulation (ECF No. 145), currently set for 10/23/2018 at 9:30 a.m., is **VACATED** and **CONTINUED** to October 30, 2018, at 9:45 a.m. in Courtroom 3B.

Dated: October 17, 2018

_____
Peggy A. Leen
United States Magistrate Judge

2

BLUT LAW GROUP, APC
300 SOUTH FOURTH STREET, SUITE 701
LAS VEGAS, NEVADA 89101

# **CERTIFICATE OF SERVICE**
*Goggin, et al. adv. Backman, et al.,*
USDC Nevada Case No. 2:16-cv-1108-JCM (PAL)

Pursuant to F.R.C.P. 5(b), I hereby certify that I am an employee of BLUT LAW GROUP, PC, and that on the **October 11, 2018**, I caused a true copy of the foregoing **MOTION TO CONTINUE HEARING** to be electronically served on the following through the U. S. District Court's Case Management/Electronic Filing System:

| | |
|---|---|
| Michael Fee | mfee@piercemandell.com |
| Dennis M. Lindgren | dennis@piercemandell.com |
| | |
| Craig A. Newby | cnewby@mcdonaldcarano.com |
| | ehelms@mcdonaldcarano.com |
| | ksurowiec@mcdonaldcarano.com |
| Lisa M. Wiltshire Alstead | lwiltshire@mcdonaldcarano.com |
| | kmorris@mcdonaldcarano.com |

                                        */s/ Linda Dinerstein*
                                        An Employee of Blut Law Group, PC