Craig A. Newby, Esq. (NSBN 8591)
Lisa Wiltshire Alstead, Esq. (NSBN 10470)
**MCDONALD CARANO LLP**
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
cnewby@mcdonaldcarano.com
lalstead@mcdonaldcarano.com

Michael C. Fee, Esq. (BBO No. 552796) *(admitted pro hac vice)*
Dennis M. Lindgren, Esq. (BBO No. 648007) *(admitted pro hac vice)*
**PIERCE & MANDELL, P.C.**
Beacon Street, Suite 800
Boston, MA 02108
Telephone: (617) 720-2444
Facsimile: (617) 720-3693
mfee@piercemandell.com
dennis@piercemandell.com

*Attorneys for Irving A. Backman, Irving A. Backman Associates, LLC and G&B Energy, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IRVING A. BACKMAN, an individual; IRVING A. BACKMAN & ASSOCIATES, LLC, a Massachusetts limited liability company; and G&B ENERGY, INC., a Massachusetts corporation.<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER M. GOGGIN, an individual; and C2 ENGINEERING SERVICES, INC., a North Carolina corporation.<br><br>Defendants.<br><br>AND RELATED CLAIMS | Case No: 2:16-cv-01108-JCM-PAL<br><br>**STIPULATION AND ORDER TO CONTINUE JOINT PRE-TRIAL ORDER DEADLINE AND RELATED DEADLINES**<br><br>**(First Request)** |

Pursuant to LR 26-4 and LR 1A 6-1, plaintiffs Irving A. Backman, Irving A. Backman & Associates, LLC, and G&B Energy, Inc. ("Plaintiffs") and defendants Christopher M. Goggin and C2 Engineering Services, Inc. ("Defendants"), hereby stipulate as follows:

**WHEREAS**, pursuant to the Order Approving Stipulation to Continue Discovery Deadlines [Docket No. 85] and Minute Order [Docket No. 126], all discovery deadlines, as amended and extended, have now passed;

**WHEREAS,** on or around August 12, 2018, plaintiff Irving A. Backman, a 93-year old man residing in Dedham, Massachusetts, had a stroke;

**WHEREAS**, on September 11, 2018, the Court entered a Sealed Order granting in part and denying in part Plaintiffs' Motion for Summary Judgment and said order restarted the time for the filing of a Joint Pretrial Order;

**WHEREAS**, on September 25, 2018, Plaintiffs' counsel was first able to speak with Mr. Backman regarding the Sealed Order and the next steps in this case;

**WHEREAS**, the deadline for the Parties to file a Joint Pretrial Order is in less than twenty-one days on October 11, 2018 and would have been less than twenty-one days prior to when Plaintiffs' counsel was first able to speak with Mr. Backman;

**WHEREAS**, the Parties agree that Mr. Backman should have some additional time to recover from his stroke and to return to good health;

**WHEREAS**, the Parties desire to continue with settlement negotiations in hopes of reaching a resolution and avoiding trial on the outstanding issues remaining following entry of this Court's Sealed Order on Plaintiffs' Motion for Summary Judgment;

**WHEREAS**, the Parties agree that a four-month continuance is in their best interest to conserve time and expenses, and to avoid unnecessary work in preparing for trial and therefore good cause exists to stay these proceedings for the reasons stated herein;

**WHEREAS**, the Parties desire a four-month continuance of the October 11, 2018 joint pre-trial order deadline, until **Friday, February 8, 2019**;

**WHEREAS**, the Parties agree that neither Plaintiffs nor Defendants will be prejudiced by a temporary stay of proceedings;

**WHEREAS,** this is the Parties' first request to continue the joint pre-trial order deadline;

**NOW, THEREFORE**, the Parties, by and through their respective counsel, subject to the agreement of this Court, hereby stipulate to and respectfully request that the Court issue an order providing that:

1. The upcoming deadline to file a Joint Pretrial Order shall be continued for four months (from October 11, 2018 until **Friday, February 8, 2019**); and

2. All other remaining deadlines be continued for four months.

DATED this 3rd day of October, 2018.     DATED this 3rd day of October, 2018.

McDONALD CARANO LLP     BLUT LAW GROUP, PC

By: /s/ *Lisa Wiltshire Alstead*     By: /s/ *Elliot Blut*
Craig A. Newby     Elliot S. Blut
Lisa Wiltshire Alstead     300 South Fourth Street, Suite 701
2300 West Sahara Avenue, Suite 1200     Las Vegas, Nevada 89101
Las Vegas, NV 89102

*Attorneys for Defendants*
Michael C. Fee     *Christopher M. Goggin and C2*
Dennis M. Lindgren     *Engineering Services, Inc.*
PIERCE & MANDELL, P.C.
11 Beacon Street, Suite 800
Boston, MA 02108

*Attorneys for Irving A. Backman, Irving A.*
*Backman Associates, LLC and G&B Energy, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 31, 2018

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of McDonald Carano LLP, and that on the 3rd day of October, 2018, I served a true and correct copy of the: **JOINT STIPULATION TO CONTINUE JOINT PRE-TRIAL ORDER DEADLINE AND RELATED DEADLINES** via the United States District Court's CM/ECF system as follows:

Elliot S. Blut, Esq.
Blut Law Group, PC
300 South Fourth Street, Suite 701
Las Vegas, Nevada 89101

*Attorneys for Defendants*
*Christopher M. Goggin and C2*
*Engineering Services, Inc.*

/s/ *Angela Shoults*
An employee of McDonald Carano LLP

4814-3977-8933, v. 1