Craig A. Newby, Esq. (NSBN 8591)
Lisa Wiltshire Alstead, Esq. (NSBN 10470)
**MCDONALD CARANO LLP**
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
cnewby@mcdonaldcarano.com
lalstead@mcdonaldcarano.com

Michael C. Fee, Esq. (BBO No. 552796) *(admitted pro hac vice)*
Dennis M. Lindgren, Esq. (BBO No. 648007) *(admitted pro hac vice)*
**PIERCE & MANDELL, P.C.**
Beacon Street, Suite 800
Boston, MA 02108
Telephone: (617) 720-2444
Facsimile: (617) 720-3693
mfee@piercemandell.com
dennis@piercemandell.com

*Attorneys for Irving A. Backman, Irving A.
Backman Associates, LLC and G&B Energy,
Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IRVING A. BACKMAN, an individual; IRVING A. BACKMAN & ASSOCIATES, LLC, a Massachusetts limited liability company; and G&B ENERGY, INC., a Massachusetts corporation. <br><br> Plaintiff, <br><br> vs. <br><br> CHRISTOPHER M. GOGGIN, an individual; and C2 ENGINEERING SERVICES, INC., a North Carolina corporation. <br><br> Defendants. <br><br> AND RELATED CLAIMS | Case No:  2:16-cv-01108-JCM-PAL <br><br> **STIPULATION AND ORDER DISMISSING CASE WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs/Counter Defendants IRVING A. BACKMAN, IRVING A. BACKMAN & ASSOCIATES, LLC, and

MCDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

1   G&B ENERGY, INC. ("Plaintiffs/Counter Defendants"), Defendants/Counter Claimants

2   CHRISTOPHER M. GOGGIN AND C2 ENGINEERING SERVICES, INC

3   ("Defendants/Counter Claimants"), and Counter Defendant Irving Backman Stock Escrow Trust

4   ("Counter Defendant"), by and through their respective attorneys of record, that Plaintiffs'

5   Complaint against Defendants (and all claims asserted therein) and Counter Claimants'

6   Counterclaim (and all claims asserted therein) be dismissed in its entirety, **with prejudice**, with

7   each party to bear its own fees and costs.  This dismissal resolves all claims set forth in this case

8   made against any party.

9

10   IT IS SO STIPULATED.

11   DATED this 17th day of December, 2018.          DATED this 17th day of December, 2018.

12

13   **McDONALD CARANO LLP**                          **BLUT LAW GROUP, PC**

14   BY: /s/ *Craig Newby*                            BY: /s/ *Elliot S. Blut*
     CRAIG NEWBY                                       ELLIOT S. BLUT
15   Nevada Bar No. 008591                             Nevada Bar No. 6570
     2300 W. Sahara Ave., Suite 1200                   300 South Fourth Street, Suite 701
16   Las Vegas, NV 89102                               Las Vegas, Nevada 89101
     Tel: (702) 873-4100                               Tel: (702) 384-1050
17   Fax: (702) 873-9966                               Fax: (702) 384-8565

18
     *Attorney for Plaintiffs and Counter Defendants*  *Attorneys for Defendants/Counter*
19                                                       *Claimants*

20

21

22                                  **ORDER**

23         IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled matter

24   is dismissed with prejudice, with each party to bear its own attorney's fees and costs.

25   DATED: _____

26

27                                  _____

28                                  UNITED STATES DISTRICT COURT JUDGE

4815-3774-6297, v. 2

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

1

## CERTIFICATE OF SERVICE

2      I HEREBY CERTIFY that I am an employee of McDonald Carano LLP, and that on the

3   31st day of October, 2018, I served a true and correct copy of the: **STIPULATION AND ORDER**

4   **DISMISSING CASE WITH PREJUDICE** via CM/ECF as follows:

5

6   Elliot S. Blut, Esq.
    Blut Law Group, PC
    300 South Fourth Street, Suite 701
7   Las Vegas, Nevada 89101

8   *Attorneys for Defendants/Counter Claimants*
    *Christopher M. Goggin and C2*
9   *Engineering Services, Inc.*

10

11

12                                          /s/ *Jill Nelson*
                                            An employee of McDonald Carano LLP
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4815-3774-6297, v. 2